UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALFONSO KAAR,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CLEAN HARBORS ENVIRONMENTAL SERVICES, Inc.,<br><br>　　　　　　Defendant. | Case No.: 5:11-CV-06189-LHK<br><br>ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

Plaintiffs have contacted the Court by letter indicating that the parties have executed a settlement agreement and are preparing a stipulated dismissal pursuant to Rule 41. The case is currently scheduled for a case management conference on June 13, 2012. The case management conference is hereby CONTINUED to July 11, 2012. By June 22, 2012, the parties shall file either a stipulated dismissal.

**IT IS SO ORDERED.**

Dated: June 5, 2012

_____
LUCY H. KOH
United States District Judge