UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALFONSO KAAR, | Case No.: 5:11-CV-06189-LHK |
| Plaintiff, | |
| v. | ORDER GRANTING EXTENSION TO FILE STIPULATION OF DISMISSAL |
| CLEAN HARBORS ENVIRONMENTAL SERVICES, Inc., | |
| Defendant. | |

The Court previously ordered the parties to file a stipulation of dismissal by June 22, 2012. Plaintiffs have requested a one week extension to file the stipulation. Plaintiffs' request is GRANTED. The parties shall have until June 29, 2012 to file the stipulation of dismissal. Plaintiffs request to continue the case management conference is DENIED. The case management conference on July 11, 2012 remains as set.

**IT IS SO ORDERED.**

Dated: June 25, 2012

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 11-cv-06189-LHK
ORDER GRANTING EXTENSION TO FILE STIPULATION OF DISMISSAL